**John H. Heyer**
Attorney at Law
604 Exchange National Bank Building
P.O. Box 588
Olean, New York 14760
716.372.0395

Fax: 716.372.0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA

11090959
5,291.71
J²
11/18



FILED
NOV 18 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

November 17, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    MARTINSON, MICHAEL    /Case # 05-92646
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $5,291.71. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| AssociateCiti | 1,518.61 | 9 |
| Citi Bank | 212.53 | 13 |
| Citi Bank | 180.00 | 14 |
| JBC Legal Group PC | 47.88 | 19 |
| Sears Card | 3,044.85 | 25 |
| Telecom USA | 63.02 | 28 |
| Verizon | 96.12 | 30 |
| Time Warner Cable | 128.70 | 32 |

John H. Heyer, Trustee



RECEIVED
NOV 18 2010
BANKRUPTCY COURT
BUFFALO, NY