**John H. Heyer**
Attorney at Law
604 Exchange National Bank Building
P.O. Box 588
Olean, New York 14760
716.372.0395

Fax: 716.372.0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA

*Receipt # 11091560*
*3/28/11 cg*
*$37.21*

March 24, 2011


FILED
MAR 2 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    MARTINSON, MICHAEL /Case # 05-92646
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $37.21. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ___ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    _x_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| Adelphia | 1.85 | 8 |
| CBCS | 2.50 | 11 |
| Citi Bank | 4.82 | 14 |
| DFT Communications | 2.04 | 15 |
| First Premier Bank | 4.07 | 18 |
| JBC Legal Group PC | 1.29 | 19 |
| NYSEG | 4.99 | 21 |
| Olean General Hospital | 4.84 | 22 |
| Seton Health System | 3.11 | 26 |

Claimant  Telecom USA            Amount $      1.68 Claim Register #   28

Claimant  Verizon                Amount $      2.57 Claim Register #   30

Claimant  Time Warner Cable      Amount $      3.45 Claim Register #   32

_____
John H. Heyer, Trustee