**John H. Heyer**
Attorney at Law
604 Exchange National Bank Building
P.O. Box 588
Olean, New York 14760
716.372.0395

Receipt # 1091560
3/28/11 cg
$37.21

Fax: 716.372.0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA

March 24, 2011


FILED
MAR 2 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    MARTINSON, MICHAEL    /Case # 05-92646
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $37.21. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **x** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| Adelphia | 1.85 | 8 |
| CBCS | 2.50 | 11 |
| Citi Bank | 4.82 | 14 |
| DFT Communications | 2.04 | 15 |
| First Premier Bank | 4.07 | 18 |
| JBC Legal Group PC | 1.29 | 19 |
| NYSEG | 4.99 | 21 |
| Olean General Hospital | 4.84 | 22 |
| Seton Health System | 3.11 | 26 |

Claimant  Telecom USA             Amount $         1.68 Claim Register #    28

Claimant  Verizon                 Amount $         2.57 Claim Register #    30

Claimant  Time Warner Cable       Amount $         3.45 Claim Register #    32

_____
John H. Heyer, Trustee