*Receipt # 11092029*
*$ 206.16*

# John H. Heyer
Attorney at Law
604 Exchange National Bank Building
P.O. Box 588
Olean, New York 14760
716.372.0395

Fax: 716.372.0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA



FILED JUL 6 2011 BANKRUPTCY COURT BUFFALO, N.Y.

United States Bankruptcy Court, WDNY
Clerk of Court
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: MARTINSON, MICHAEL          /Case # 05-92646
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $206.16. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| AssociateCiti | 40.67 | 9 |
| Citi Bank | 5.70 | 13 |
| Niagara Mohawk | 63.73 | 20 |
| Sears Card | 81.54 | 25 |
| SLSC Student Loan | 14.52 | 27 |

JOHN H. HEYER
Trustee

# Stale Check Report

**Trustee:** John H. Heyer, Trustee (520060)
**Case:** 05-92646 - MARTINSON, MICHAEL

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 9200-01910809-66 | 10151 | 06/22/11 | United States Bankruptcy Court |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount / Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01910809-66 | 9 | 10138 | 05/22/09 | 620 | AssociateCiti<br>110 Lake Dr<br>Newark, DE 19702 | 2,801.00 | 2,801.00 | 1,559.28 | $206.16<br>46.67 |
| 9200-01910809-66 | 13 | 10141 | 05/22/09 | 620 | Citi Bank<br>PO Box 1687<br>Wilmington, DE 19850 | 392.01 | 392.01 | 218.23 | 11.70 |
| 9200-01910809-66 | 20 | 10144 | 05/22/09 | 620 | Niagara Mohawk<br>PO Box 4798<br>Syracuse, NY 13221-4798 | 4,389.07 | 4,389.07 | 2,443.33 | 65.73 |
| 9200-01910809-66 | 25 | 10147 | 05/22/09 | 620 | Sears Card<br>PO Box 1990<br>Tempe, AZ 85280 | 5,616.09 | 5,616.09 | 3,126.39 | 81.54 |
| 9200-01910809-66 | 27 | 10148 | 05/22/09 | 620 | SLSC Student Loan<br>PO Box 2461<br>Harrisburgh, PA 17105 | 1,000.00 | 1,000.00 | 556.69 | 15.52 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.